UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) CR S 06-415 LKK
v. )
)
FERNANDO MORALES-AGUILAR )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      () Ad Testificandum

Name of Detainee:     FERNANDO MORALES-AGUILAR
Detained at (custodian):     **CSP SOLANO**

Detainee is:     a.)     (X) charged in this district by: (X) Indictment () Information () Complaint
                         charging detainee with: Being a Deported Alien Found in the United States
    or     b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     () return to the custody of detaining facility upon termination of proceedings
    or     b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:     /s/ Michael M. Beckwith
Printed Name & Phone No:     MICHAEL M. BECKWITH/916-554-2797
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 10/17/06

United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):     Fernando Morales, Fernando Aguilar-Morales     Male _X_ Female ___
Booking or CDC #:     V038994     DOB:
Facility Address:     2100 Peabody Road     Race:
    Vacaville, CA 45687     FBI # 385889NA8
Facility Phone:     707-451-0182
Currently Incarcerated For:

### RETURN OF SERVICE

Executed on _____     By: _____
                                                     (Signature)