DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
FERNANDO MORALES-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>       v.                            )<br>                                     )<br> FERNANDO MORALES-AGUILAR,            )<br>                                     )<br>            Defendant.               )<br>                                     )<br> _____ ) | Cr.S. 06-415s-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: January 17, 2007<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, FERNANDO MORALES-AGUILAR, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the trial confirmation hearing set for December 5, 2006 and the jury trial set for December 19, 2006 be vacated and a status conference be set for Wednesday, January 17, 2007, at 9:30 a.m.

Speedy trial time is to be excluded from December 5, 2006 through the date of the status conference set for January 17, 2007 pursuant

///

to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 30, 2006

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
FERNANDO MORALES-AGUILAR

DATED: November 30, 2006

McGREGOR W. SCOTT
United States Attorney

/S/ Dennis S. Waks for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: December 1, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT