DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
FERNANDO MORALES-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br> FERNANDO MORALES-AGUILAR,    )<br>                              )<br>            Defendant.        )<br>                              )<br> _____) | Cr.S. 06-415s-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: January 23, 2007<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, FERNANDO MORALES-AGUILAR, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Wednesday, January 17, 2007, at 9:30 a.m. be vacated and a status conference set for January 23,2007 at 9:30 a.m.

Speedy trial time is to be excluded from January 17, 2007 through the date of the status conference set for January 23, 2007 pursuant

///

to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 12, 2007

                                  Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
FERNANDO MORALES-AGUILAR

DATED: January 12, 2007

McGREGOR W. SCOTT
United States Attorney

/S/ Dennis S. Waks for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: January 12, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2