DANIEL J. BRODERICK, Bar# 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Fernando Morales-Aguilar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR.S. 06-415-LKK |
| Plaintiff, | ) ORDER FOR COMPETENCY |
| v. | ) |
| Fernando Morales-Aguilar, | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

The defendant having moved under 18 U.S.C. §4241(a) for a determination of competency:

IT IS SO ORDERED that the defendant Fernando Morales-Aguilar, be sent forthwith to the Medical Center for Federal Prisoners in Springfield, Missouri, for a full competency evaluation pursuant to 18 U.S.C. §§ 4247(b) and (c).

IT IS FURTHER ORDERED that a psychiatric report be prepared by the examiner pursuant to 18 U.S.C. §4247(c) and §4241.

Speedy trial time is excluded from the date of this order until a competency hearing is held, pursuant to 18 U.S.C. §3161(h)(1)(A).

1  [Local Code A](delay to determine defendant's competency).

2

3  DATED: January 22, 2007

4

5

6                                        /s/ Lawrence K. Karlton
                                         LAWRENCE K. KARLTON
7                                        SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT
8