DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
FERNANDO MORALES-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>             Plaintiff,               )<br>                                      )<br>        v.                            )<br>                                      )<br>FERNANDO MORALES-AGUILAR,             )<br>                                      )<br>             Defendant.               )<br>                                      )<br>_____) | Cr.S. 06-415-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: May 1, 2007<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

     It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, FERNANDO MORALES-AGUILAR, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Tuesday, January 23, 2007, at 9:30 a.m. be vacated and a status conference be set for May 1, 2007 at 9:30 a.m.

     The defendant has filed a motion for competency pursuant to 18 U.S.C. §4241.

     Speedy trial time is to be excluded from January 23, 2007 through the date of the status conference set for May 1, 2007 pursuant

to 18 U.S.C. §§ 3161 (H)(1)(A) and (h)(8)(B)(iv) [delay to determine defendant's competency and reasonable time to prepare] (Local Code A and Local Code T4).

DATED: January 22, 2007

>Respectfully submitted,
>DANIEL J. BRODERICK
>Federal Defender
>
>/S/ Dennis S. Waks
>_____
>DENNIS S. WAKS
>Supervising Assistant Federal Defender
>Attorney for Defendant
>FERNANDO MORALES-AGUILAR

DATED: January 22, 2007

>McGREGOR W. SCOTT
>United States Attorney
>
>/S/ Dennis S. Waks for
>_____
>MICHAEL BECKWITH
>Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: January 22, 2007

>*[signature: Lawrence K. Karlton]*
>LAWRENCE K. KARLTON
>SENIOR JUDGE
>UNITED STATES DISTRICT COURT

**2**