DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
FERNANDO MORALES-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FERNANDO MORALES-AGUILAR, )<br>)<br>Defendant. )<br>)<br>_____) | Cr.S. 06-415-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: May 15, 2007<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

    It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, FERNANDO MORALES-AGUILAR, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Tuesday, May 1, 2007, at 9:30 a.m. be vacated and a status conference be set for May 15, 2007 at 9:30 a.m.

    The defendant is currently at MDC Los Angeles, California for competency evaluation pursuant to 18 U.S.C. §4241.

    Speedy trial time is to be excluded from May 1, 2007 through the date of the status conference set for May 15, 2007 pursuant

to 18 U.S.C. §§ 3161 (H)(1)(A) and (h)(8)(B)(iv) [delay to determine defendant's competency and reasonable time to prepare] (Local Code A and Local Code T4).

DATED: April 30, 2007

                                    Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
FERNANDO MORALES-AGUILAR

DATED: April 30, 2007

McGREGOR W. SCOTT
United States Attorney

/S/ Dennis S. Waks for
_____
KYLE REARDON by permission from
MICHAEL BECKWITH
Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: April 30, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT