1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    FERNANDO MORALES-AGUILAR
6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )
                                    )   Cr.S. 06-415-LKK
13                   Plaintiff,     )
                                    )   **STIPULATION AND ORDER**
14            v.                    )
                                    )   DATE: June 12, 2007
15  FERNANDO MORALES-AGUILAR,       )   TIME: 9:30 a.m.
                                    )   JUDGE: Hon. Lawrence K. Karlton
16                   Defendant.     )
                                    )
17  _____)

18

19        It is hereby stipulated and agreed to between the United States of

20  America through KYLE REARDON, Assistant U.S. Attorney, and defendant,

21  FERNANDO MORALES-AGUILAR, by and though his counsel, DENNIS S. WAKS,

22  Supervising Assistant Federal Defender, that the status conference set

23  for Tuesday, May 15, 2007, at 9:30 a.m. be vacated and a status

24  conference be set for June 12, 2007 at 9:30 a.m.

25        The defendant is currently at MDC Los Angeles, California for

26  competency evaluation pursuant to 18 U.S.C. §4241.

27        Speedy trial time is to be excluded from May 15, 2007 through the

28  date of the status conference set for June 12, 2007 pursuant

to 18 U.S.C. §§ 3161 (h)(1)(A) and (h)(8)(B)(iv) [delay to determine defendant's competency and reasonable time to prepare] (Local Code A and Local Code T4).

DATED: May 10, 2007

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks

DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
FERNANDO MORALES-AGUILAR

DATED: May 10, 2007

McGREGOR W. SCOTT
United States Attorney

/S/ Dennis S. Waks for

KYLE REARDON
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED: May 11, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT