```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
 3  801 J Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    FERNANDO MORALES-AGUILAR
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,    )
12                               )   Cr.S. 06-415-LKK
                    Plaintiff,   )
13                               )   STIPULATION AND [PROPOSED]
              v.                 )   ORDER
14                               )
    FERNANDO MORALES-AGUILAR,    )   DATE: June 12, 2007
15                               )   TIME: 9:30 a.m.
                    Defendant.   )   JUDGE: Hon. Lawrence K. Karlton
16                               )
                                 )
17  _____)

18

19       It is hereby stipulated and agreed to between the United States of

20  America through KYLE REARDON, Assistant U.S. Attorney, and defendant,

21  FERNANDO MORALES-AGUILAR, by and though his counsel, DENNIS S. WAKS,

22  Supervising Assistant Federal Defender, that it is recommended that Mr.

23  Morales-Aguilar be committed to a Federal Medical Center for treatment

24  for restoration of competency pursuant to 18 U.S.C. §4241(d).

25       On January 22, 2007, the Honorable Lawrence K. Karlton, Senior

26  United States District Court Judge for the Eastern District of

27  California, ordered an evaluation of defendant Morales-Aguilar for

28  competency to stand trial, pursuant to 18 U.S.C. §4241.  In a forensic
```

1  evaluation from Maureen Burris, Ph.D., Forensic Psychologist,
2  Metropolitan Detention Center, Federal Bureau of Prisons, Dr. Burris
3  finds that there is objective evidence to indicate that Mr. Morales-
4  Aguilar does suffer from a mental disorder that significantly impairs
5  his present ability to understand the nature and consequences of the
6  court proceedings against him, or his ability to properly assist
7  counsel in his defense. Thereafter, Dr. Burris recommends that Mr.
8  Morales-Aguilar be committed to a Federal Medical Facility for
9  treatment for restoration for competency pursuant to 18 U.S.C §4241(d).
10  After reviewing this forensic evaluation of the defendant, the parties
11  agree with the findings of Dr. Burris and recommend to this court that
12  an order be issued committing him to the custody of the Attorney
13  General, pursuant to 18 U.S.C. §4241(d).
14  DATED: June 11, 2007

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
FERNANDO MORALES-AGUILAR

DATED: June 11, 2007

McGREGOR W. SCOTT
United States Attorney

/S/ Dennis S. Waks for
_____
KYLE REARDON
Assistant U.S. Attorney

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   FERNANDO MORALES-AGUILAR
6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )
                                )   Cr.S. 06-415-LKK   LKK
13              Plaintiff,      )
                                )   **STIPULATION AND [PROPOSED]**
14       v.                     )   **ORDER**
                                )
15 FERNANDO MORALES-AGUILAR,    )   DATE: June 12, 2007
                                )   TIME: 9:30 a.m.
16              Defendant.      )   JUDGE: Hon. Lawrence K. Karlton
                                )
17 _____)

18

19                           O R D E R

20

21    The court finds by a preponderance of the evidence that the
22 defendant is presently suffering from a mental disease or defect
23 rendering him mentally incompetent to the extent that he is unable to
24 understand the nature and consequences of the proceedings against him
25 or to assist properly in his defense, the court commits this defendant
26 to the custody of the Attorney General.  The Attorney General shall
27 hospitalize the defendant for treatment in a suitable facility for such
28

a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

IT IS SO ORDERED.

DATED: 6/12, 2007

LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE

4