McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR.S-06-0415 LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER SETTING SELL HEARING AND |
| FERNANDO MORALES-AGUILAR, | ) | PERMITTING WITNESS TESTIMONY |
| aka Fernando Morales, | ) | THROUGH VIDEOTELECONFERENCE |
| aka Fernando Aguilar-Morales, | ) | |
| | ) | |
| Defendant. | ) | |

The parties appeared before the Court on Wednesday, October

10, 2007, at 9:30 a.m..  At that time, the United States of

America, by and through Assistant United States Attorney Kyle

Reardon, made an oral motion for an order to involuntarily

medicate defendant Fernando Morales-Aguilar for the purpose of

rendering him competent to stand trial.  The parties then joined

in a request for a hearing on this issue to be held on October

17, 2007, at 1:30 p.m., and that the defendant and witness

currently located at the Federal Medical Center in Springfield,

1

Missouri be permitted to testify through video teleconference.

The Court finds that a hearing under <u>Sell v. United States</u>, is necessary in this case and orders that hearing on October 17, 2007, at 1:30 p.m..  The Court also finds that the interests of justice are served by permitting video teleconference testimony on the issue of forced medication.

IT IS SO ORDERED.


Dated: October 10, 2007


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT