```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-06-0415 LKK |
| Plaintiff, ) | |
| ) | ORDER TO FORCIBLY MEDICATE |
| v. ) | |
| FERNANDO MORALES-AGUILAR, ) aka Fernando Morales, ) aka Fernando Aguilar-Morales,) | |
| Defendants. ) | |

**ORDER**

The parties appeared before the Court on October 17, 2007, in case number S-06-0415 LKK.  At that time, pursuant to the Government's motion, the Court ordered that the defendant be forcibly medicated in order to attempt to restore him to competency in accordance with Sell v. United States, 539 U.S. 166 (2003).

The Court finds that important governmental interests are protected through an order to involuntarily medicate the defendant.  The Court also finds that forced medication will be substantially likely to render the defendant competent and able

1

to stand trial, and that the side-effects from such medication will be substantially unlikely to interfere with the defendant's ability to assist counsel in a trial defense.  Furthermore, the Court finds that involuntary medication is necessary and that there are no less intrusive measures which will achieve the same results.  Finally, the Court finds that the administration of anti-psychotic medication is medically appropriate and in the patient's best interests.

The Court orders that the time between October 17, 2007, and the next status conference be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161 et seq..  The Court finds that an exclusion of time under 18 U.S.C. § 3161(h)(1)(A), Local Code A, is appropriate in order to permit the competency evaluation of this defendant to continue.

IT IS SO ORDERED.

Dated: October 18, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2