DANIEL BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FERNANDO MORALES-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-415 LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| FERNANDO MORALES-AGUILAR, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |

This matter came before the Court for Status Conference on April 1, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Kyle Reardon.  Defendant Fernando Morales-Aguilar and his counsel, Supervising Assistant Federal Defender Dennis S. Waks were both present.

Defense counsel requested that the matter be set for further status conference on April 15, 2008 at 9:30 a.m.

The parties agreed on the need for additional time to allow for

1  defense preparation.
2      IT IS HEREBY ORDERED that this matter be set for further Status
3  Conference on April 15, 2008 at 9:30 a.m..
4      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
5  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
6  from April 1, 2008 to and including April 15, 2008 is excluded from the
7  time computations required by the Speedy Trial Act due to ongoing
8  preparation of counsel.
9  DATED: April 3, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28