DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
FERNANDO MORALES-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>FERNANDO MORALES-AGUILAR,<br>　　　　　　Defendant. | Cr.S. 06-415-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: May 20, 2008<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

　　　It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, FERNANDO MORALES-AGUILAR, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that status conference set for April 15, 2008 be continued to May 20, 2008 at 9:30.

　　　This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses. Furthermore, the defendant is investigating the possibility of the use of insanity as a defense.

Speedy trial time is to be excluded from April 15, 2008 through the date of the status conference set for May 20, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 14, 2008

                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    FERNANDO MORALES-AGUILAR

DATED: April 14, 2008

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /S/ Dennis S. Waks for
                                    _____
                                    KYLE REARDON
                                    Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: April 14, 2008

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT