1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   FERNANDO MORALES-AGUILAR

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )
                                  )     Cr.S. 06-415-LKK
             Plaintiff,           )
13                                )     **STIPULATION AND ORDER**
         v.                       )
14                                )     DATE: July 22, 2008
   FERNANDO MORALES-AGUILAR,      )     TIME: 9:30 a.m.
15                                )     JUDGE: Hon. Lawrence K. Karlton
             Defendant.           )
16                                )
                                  )
17 _____  )

18

19        It is hereby stipulated and agreed to between the United States of

20 America through KYLE REARDON, Assistant U.S. Attorney, and defendant,

21 FERNANDO MORALES-AGUILAR, by and though his counsel, DENNIS S. WAKS,

22 Supervising Assistant Federal Defender, that status conference set for

23 May 20, 2008 be continued to July 22, 2008 at 9:30.

24        This continuance is being requested because defense counsel

25 requires additional time to review discovery, continue our

26 investigation, and to interview our client and other witnesses.

27 Furthermore, the defendant is awaiting additional discovery from the

28 government and other documentation concerning the defendant's prior

1  mental condition: the information will assist the defendant on the

2  possibility of the use of insanity as a defense.

3       Speedy trial time is to be excluded from May 20, 2008 through the

4  date of the status conference set for July 22, 2008 pursuant to 18

5  U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code

6  T4).

7  DATED: May 19, 2008

8                                    Respectfully submitted,
                                     DANIEL J. BRODERICK
9                                    Federal Defender

10                                   /S/ Dennis S. Waks

11                                   _____
                                     DENNIS S. WAKS
                                     Supervising Assistant Federal Defender
12                                   Attorney for Defendant
                                     FERNANDO MORALES-AGUILAR
13

14

15  DATED: May 19, 2008

16                                   McGREGOR W. SCOTT
                                     United States Attorney
17

18                                   /S/ Dennis S. Waks for

19                                   _____
                                     KYLE REARDON
                                     Assistant U.S. Attorney
20

   _____
21                      O R D E R

22       IT IS SO ORDERED.

23
        DATED: May 19, 2008
24

25                                   _____
                                     LAWRENCE K. KARLTON
26                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
27

28

                                     2