```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
FERNANDO MORALES-AGUILAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FERNANDO MORALES-AGUILAR, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 06-415-LKK <br><br> **STIPULATION AND ORDER** <br><br> DATE: August 26, 2008 <br> TIME: 9:30 a.m. <br> JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, FERNANDO MORALES-AGUILAR, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that status conference set for July 22, 2008 be continued to August 26, 2008 at 9:30.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses. Furthermore, the defendant is reviewing additional discovery from the government and other documentation concerning the defendant's prior

mental condition, the information will assist the defendant on the possibility of the use of insanity as a defense.

Speedy trial time is to be excluded from July 22, 2008 through the date of the status conference set for August 26, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 16, 2008

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks

DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
FERNANDO MORALES-AGUILAR

DATED: July 16, 2008

McGREGOR W. SCOTT
United States Attorney

/S/ Dennis S. Waks for

KYLE REARDON
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED: July 21, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT