UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FERNANDO MORALES-AGUILAR,

        Defendant.
_____/

NO. CR. S-06-415 LKK

O R D E R

    The court is in receipt of a document from the defendant. Because the court cannot discern from the document what defendant seeks, if anything, the court will take no action.

    IT IS SO ORDERED.

    DATED: June 8, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT