BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-415 TLN |
| Plaintiff, | |
| v. | **MOTION TO DISMISS PETITION FOR REVOCATION OF SUPERVISION** |
| FERNANDO MORALES-AGUILAR, | |
| Defendant. | |

Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the Petition to revoke Supervised Release filed against defendant FERNANDO MORALES-AGUILAR in the above-captioned matter. The United States requests that the Court order the defendant be released at 3:00 p.m. on July 23, 2015 directly into the custody of Immigrations and Customs Enforcement, pursuant to the lodged detainer in the defendant's name.

The United States has discussed the petition with the United States Probation Office and confirmed Probation has no objection to dismissing said petition.

DATED: July 21, 2015               Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                               By: */s/ Katherine T. Lydon*
                                   KATHERINE T. LYDON
                                   Assistant United States Attorney

BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-415 TLN |
| Plaintiff, | |
| v. | **ORDER DISMISSING PETITION FOR REVOCATION OF SUPERVISION** |
| FERNANDO MORALES-AGUILAR, | |
| Defendant. | |

The United States' motion to dismiss the pending Petition for Revocation of Supervision against defendant FERNANDO MORALES-AGUILAR in case number 2:06-CR-415 TLN is granted. The defendant shall be released from custody at 3:00 pm on July 23, 2015 directly into the custody of Immigration and Customs Enforcement.

Dated: July 21, 2015

Troy L. Nunley
United States District Judge